*Proposed and submitted by:*

MICHAEL F. KRIEGER (Utah Bar No. 5984)
mkrieger@kmclaw.com
JAMES T. BURTON (Utah Bar No. 11875)
jburton@kmclaw.com
JOSHUA S. RUPP (Utah Bar No. 12647)
jrupp@kmclaw.com
**KIRTON McCONKIE, P.C.**
1800 World Trade Center
60 East South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Attorneys for Plaintiff PPS Data, LLC*

```
                                    FILED
                              U.S. DISTRICT COURT

                              2013 AUG 12  A 11: 52

                                 DISTRICT OF UTAH

                              BY:_____
                                   DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| PPS DATA, LLC,<br><br>    Plaintiff,<br>vs.<br><br>THE SSI GROUP, INC.,<br><br>    Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:12-cv-00436-BSJ<br><br>Hon. Judge Bruce S. Jenkins |
|---|---|

The Court, having reviewed and fully considered the Stipulation of Dismissal with Prejudice ("Stipulation"), and being otherwise informed and for good cause showing, **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

All claims between the parties are hereby dismissed with prejudice and each party shall

bear its own attorneys' fees and costs.

DATED this 9th day of August, 2013.

BY THE COURT

Bruce S. Jenkins
United States Senior District Judge